HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID M. CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:16-PO-0049 SAB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA FOR JANUARY 19, 2017, AT 10:00 A.M. |
| vs. | ) ) | |
| DAVID M. CARPENTER, | ) ) | |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant David M. Carpenter, that the trial currently scheduled for January 12, 2017 be vacated, and that this matter be set for a change of plea hearing on January 19, 2017, at 10:00 a.m.  The parties have reached a resolution in this case and a plea agreement will be filed with the Court prior to the change of plea hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>United States Attorney |
| Date:  December 19, 2016 | */s/ Michael A Tierney*<br>MICHAEL A. TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date:  December 19, 2016 | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>Assistant Federal Defender<br>Attorney for Defendant<br>David M. Carpenter |

**O R D E R**

IT IS SO ORDERED.

Dated:   **December 19, 2016**

_____
UNITED STATES MAGISTRATE JUDGE