# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. CARPENTER,<br><br>Defendant. | Case No. 16-po-00049-SAB<br><br>ORDER GRANTING JOINT MOTION FOR VACATUR OF GUILTY PLEA AND DISMISSAL OF CHARGES WITH PREJUDICE<br><br>(ECF No. 18) |

On January 18, 2017, the parties entered into a diversionary plea agreement in which Defendant David M. Carpenter agreed to enter a guilty plea to Disorderly Conduct in violation of Title 38, Code of Federal Regulations, Section 1.218(b)(11). (ECF No. 13.) Sentencing was postponed for a diversionary period in which Defendant Carpenter was to (1) complete the 8-week "Making your Peace with Anger" course as recommended by his treating physician, Dr. Nestor Manzano; (2) use prescribed medication as directed, (3) attend treatment visits every 6 weeks or as directed by Dr. Manzano; and (4) continue to obey all laws. (Id. at ¶ 2(f). In exchange for the Defendant's performance of these conditions, the United States agreed to: (i) stipulate to the withdrawal of Defendant's guilty plea; and (ii) move for dismissal of the citation, at the time of sentencing. (Id. at ¶ 3(b). Defendant entered a guilty plea on February 2, 2017. (ECF No. 15.)

On February 14, 2018, the parties filed a joint motion for vacatur of the guilty plea, and in the event of vacatur, dismissal. (ECF No. 18.) Counsel for the United States indicates that he has

1 confirmed that Defendant has complied with each of the obligations set forth in the plea agreement. (Id. at p. 2.)

On February 15, 2018, a hearing was held on the joint motion for vacatur of guilty plea, and in the event of vacatur, dismissal. Counsel Darin Rock appeared on behalf of the United States and Andrew Wong appeared on behalf of Defendant as well as the Defendant. At the hearing, counsel made a joint request to have the matter dismissed.

Having read the joint motion, reviewed and considered the conditions upon which the defendant entered his guilty plea and that he has complied with the terms of the plea agreement and heard the argument of counsel at the hearing, the Court finds that fair and just reasons exist to vacate Defendant's guilty plea entered on February 2, 2017, and dismiss the case against him.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint motion for vacatur of guilty plea, and in event of vacatur, dismissal (ECF No. 18) is GRANTED; and

2. Defendant's plea of guilty is VACATED and the charges in this case, as reflected in citation no. 2702186 CA-51, filed April 6, 2016 (ECF No. 1), are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: **February 15, 2018**

_____
UNITED STATES MAGISTRATE JUDGE